Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Patricia L. Buchhofer, *aka Patricia L. McHugh* | Case No. 19-25536-ABA |
| | Hearing Date: |
| Debtor. | Judge: Andrew B. Altenburg Jr |

### CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED SEPTEMBER 16, 2009)

Don B. Fontana of full age, employed as Bankruptcy Specialist II by Champion Mortgage Company, LLC, hereby certifies the following information:

Recorded on September 24, 2009, in Burlington County, in Book 12105, at Page 878

Property Address: 63 Dorset Court, Marlton, NJ 08053

Mortgage Holder: Nationstar Mortgage LLC d/b/a Champion Mortgage Company

Mortgagors / Debtor: Patricia L. Buchhofer / Patricia L. Buchhofer

POST-PETITION PAYMENTS (petition was filed: 08/12/2019)

| Amount Due | Date Payment was Due | How Payment was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| $2,659.77 | 4/9/2020 | Taxes 2019- Evesham TWP | $0.00 | n/a | n/a |
| Total: $2,659.77 | n/a | n/a | $0.00 | n/a | n/a |

Monthly payments past due: 1 x $2,659.77 (Tax Advance) = $2,659.77 as of <u>June 30, 2020</u>

**AMOUNT HELD IN SUSPENSE (if any)**:　　　($0.00)

**TOTAL POST-PETITION DEFAULT**:　　　$2,659.77

Each current monthly payment is comprised of:

| | |
|---|---:|
| Principal & Interest | $n/a |
| Interest: | (included in figures above) |
| R.E. Taxes: | n/a |
| Insurance | n/a |
| Late Charge: | n/a |
| Other: | n/a |
| TOTAL | n/a |

If the monthly payment has changed during the pendency of the case, please explain (attached separate sheet(s) if necessary): N/A

Pre-petition arrears: <u>See</u> Claim # 6-1 on the Claims Register

I certify under penalty of perjury that the foregoing is true and correct.

| July 6, 2020 | /s/ Phillip Raymond |
|---|---|
| Date | Signature |