Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Patricia L. Buchhofer aka Patricia L. McHugh  Debtor. | Case No. 19-25536-ABA  Judge: Andrew B. Altenburg Jr. |

**CREDITOR'S CERTIFICATION OF DEFAULT**

__Annie Murchison__ certifies as follows:

1. I am a __Bankrupcty Assoicate__ for __Champion Mortgage Company__, a secured creditor of the debtor (the "Movant").

2. On September 2, 2021, a Consent Order was entered, a copy of which is attached as an exhibit, providing for the cure of post-petition arrearages and the payment of taxes and insurance by the Debtor, and in default of such monthly payments for a thirty (30) day period, allowing the Movant ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

    X  By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

    ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

2/1/2022
Date

*Annie Murchison*
Signature