Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant



**Order Filed on May 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
| --- | --- |
| Patricia L. Buchhofer aka Patricia L. McHugh | Case No. 19-25536-ABA |
| | Hearing: April 26, 2022 at 10:00 AM |
| Debtor. | Judge: Andrew B. Altenburg Jr. |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: May 5, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Debtor: | Patricia L. Buchhofer aka Patricia L. McHugh |
|---|---|
| Case No.: | 19-25536-ABA |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) ("Motion") of Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Champion") and the loan and claim underlying Champion's right to bring said Motion having been transferred to Mortgage Assets Management, LLC as serviced by PHH Mortgage Services ("Movant") during the pendency of the Motion and Movant having appeared to prosecute the Motion at the hearing conducted April 26, 2022, and for good cause shown for the entry of this Order, and for the reasons set forth on the record, it is hereby:

**ORDERED**:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 63 Dorset Court, Marlton, New Jersey 08053;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).